UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,[1] | ) ) ) Civil Action |
| Plaintiff, | ) ) No. 4:23-cv-00029 |
| v. | ) ) |
| CARL CARDWELL POSTON III, PROFESSIONAL SPORTS PLANNING, INC., and PROFESSIONAL SPORTS PLANNING, INC. PROFIT SHARING PLAN, | ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S UNOPPOSED MOTION TO APPROVE
CONSENT JUDGMENT AND ORDER**

COMES NOW Plaintiff and files this Unopposed Motion to approve Consent Judgment and Order and, in support thereof, states as follows:

1. The parties have resolved all issues in this case and reached a settlement. The terms of settlement are set forth in the Consent Judgment and Order pending before the Court.

2. As such, Plaintiff now asks the Court to approve the pending Consent Judgment and Order, which has been fully executed by both parties.

3. Plaintiff and Defendants discussed filing the Consent Judgment and Order and Defendants do not object to this Motion.

WHEREFORE, Plaintiff respectfully requests the Court approve the fully-executed Consent Judgment and Order filed in this matter.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Julie A. Su, Acting Secretary of Labor, is automatically substituted for former Secretary of Labor Martin Walsh.

1

Respectfully Submitted,

SEEMA NANDA
Solicitor of Labor

JOHN RAINWATER
Regional Solicitor

SHERYL L. VIEYRA
Counsel for ERISA


*/s/ Amy S. Hairston*
AMY S. HAIRSTON
Trial Attorney-in-Charge
TX Bar No. 24027954
Email:  hairston.amy.s@dol.gov

U.S. Department of Labor
Office of the Solicitor
525 Griffin Street, Suite 501
Dallas, TX  75202
(972) 850-3100

Attorneys for Plaintiff.

## CERTIFICATE OF CONFERENCE

I hereby certify that I was a party to email communications with Defendants' Counsel, John L. Green, regarding the requirements for filing the Consent Judgment and Order on January 17-18, 2024, and Defendants have not objected to this Motion.  I also spoke with Dr. Green on January 19, 2024, to confirm that I would be filing the Consent Judgment and Order.


*/s/ Amy S. Hairston*
AMY S. HAIRSTON

## CERTIFICATE OF SERVICE

    I certify that on January 19, 2024, a copy of *Plaintiff's pleading* was served upon Defendants' representative by email and via the ECF system delivery to:

    John L. Green
    88 Loop Central Drive, Suite 445
    Houston, Texas 77081
    Email: jlgreen488@aol.com

                                            */s/ Amy S. Hairston*
                                            AMY S. HAIRSTON
                                            Attorney